DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TIFFANY SCHREIBER,**
Appellant,

v.

**STIRLING ORIN TIBBITS CAMPBELL,**
Appellee.

No. 4D2024-1297

[May 14, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Kristin R. Kanner, Judge; L.T. Case No. 062022DR009777AXXXCE.

Melody Ridgley Fortunato of Fortunato & Associates, P.A., Fort Lauderdale, for appellant.

Nancy A. Hass of Nancy A. Hass, P.A., Hollywood, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, GERBER and LOTT, JJ., concur.

\*     \*     \*

***Not final until disposition of timely-filed motion for rehearing.***